Robert L. SINGLETON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 66731.

Missouri Court of Appeals,
Western District.

Feb. 27, 2007.

Ruth Sanders, Appellate Defender Office, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun Mackelprang and Daniel McPherson, Office of Attorney General, Jefferson City, for respondent.

Before VICTOR C. HOWARD, Chief Judge, PATRICIA A. BRECKENRIDGE, Judge, and PAUL M. SPINDEN, Judge.

### ORDER

Robert L. Singleton appeals the circuit court's judgment denying his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).

Marcus HOLLINS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 66649.

Missouri Court of Appeals,
Western District.

Feb. 27, 2007.

Susan Lynn Hogan, Appellate Defender Office, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun Mackelprang and Jamie Wilson Corman, Office of Attorney General, Jefferson City, for respondent.

Before VICTOR C. HOWARD, Chief Judge, PATRICIA A. BRECKENRIDGE, Judge, and PAUL M. SPINDEN, Judge.

### ORDER

Marcus Hollins appeals the circuit court's judgment denying his Rule 24.035 motion for post-conviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).